UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DANIEL JOSEPHRAY KANE,**

    Petitioner,

v.                        CASE NO. 3:20cv5876-MCR/MAF

**MARK S. INCH, Secretary,
Department of Corrections,**

    Respondent.
_____/

# O R D E R

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge. ECF No. 9. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). No objections have been timely filed. I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation, ECF No. 9, is adopted and incorporated by reference in this Order.

2. The amended § 2254 petition for writ of habeas corpus, ECF No. 4, is **DISMISSED**.

3. A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 21st day of April 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**